# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR10-00576 SOM |
| CASE NAME: | USA v. (01) Mordechai Yosef Orian, aka Motty |
| | (02) Pranee Tubchumpol, aka Som |
| | (03) Shane Germann |
| | (04) Sam Wongsesanit |
| | (07) Bruce Schwartz |
| | (08) Joseph Knoller |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | (01) Myles S. Breiner |
| | (01) Michael Jay Green |
| | (02) William A. Harrison |
| | (03) Harlan Y. Kimura |
| | (04) Alexander Silvert |
| | (07) Jeffrey T. Arakaki |
| | (08) Dana Ishibashi, special appearance |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | FTR C7 |
| DATE: | 1/19/2011 | TIME: | 2:04 - 2:30 |

COURT ACTION:  EP: Hearing on:

1.   [103] Motion for Return of Property as to Defendant (01) Mordechai Yosef Orian, aka Motty - Further hearing on [103] Motion is set for 1/25/2011 @ 1:30 p.m. before Judge Kurren.

2.   [105] Motion to Modify Conditions of Release Order as to Defendant (02) Pranee Tubchumpol, aka Som - GRANTED and terminated.

The court modifies Defendant (02) Pranee Tubchumpol's pretrial release conditions as follows:

**ADD**:

- (7a1) Execute a bond in the amount of **$250,000**, secured by a **$20,000** Security Mortgage on the following property: <u>Alberto Mollinar, Gardena, CA.</u>  Defendant to be released once an airline ticket to return back to California has been purchased.

**DELETE**:

2. (7a1) Execute a bond in the amount of $250,000, secured by a $20,000 Security Mortgage on the following property: Dave Rogers, Long Beach, CA.  Property must be posted prior to Release.

3. A & P to the Superseding Indictment as to (01) Mordechai Yosef Orian, aka Motty; (02) Pranee Tubchumpol, aka Som; (03) Shane Germann; and (04) Sam Wongsesanit - Defendants (01) present, not in custody, (02) present, in custody, (03's) presence waived and (04) present, not in custody.  Charges received.  Defendants (01), (02), (03) and (04) waive public reading of the Superseding Indictment.  Pleas of Not Guilty entered as to Defendants (01), (02), (03) and (04).

4. Initial Appearance and A & P to the Superseding Indictment as to Defendant (08) Joseph Knoller - Defendant (08) present, not in custody.  Dana Ishibashi made a special appearance for Defendant (08) today.  Defendant (08) will be retaining counsel.  Charges received.  Defendant (08) waives public reading of the Superseding Indictment.  Plea of Not Guilty entered as to Defendant (08).   Defendant's current conditions of release previously set in the Central District of California on January 14, 2011to continue.

5. Status Conference Re: Trial Date and Other Deadlines - New Dates given:

   Jury Selection/Trial:   2/7/2012 @ 9:00 a.m. before Judge Mollway.
   Final Pretrial Conference: 11/28/2011 @ 10:00 a.m. before Judge Chang.
   Motions due:   8/31/2011.
   Response due: 9/30/2011.

   All Discovery to be completed by 3/31/2011.  Discovery documents to be in pdf format and bate stamped.  Discovery is be provide to each attorney.

Submitted by: Tammy Kimura, Courtroom Manager