FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   Susan.Cushman@usdoj.gov

THOMAS E. PEREZ
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

SUSAN FRENCH
KEVONNE SMALL
Trial Attorneys
Human Trafficking Prosecution Unit
Civil Rights Division
601 D Street, NW
Washington, D.C. 20530
Telephone: (202) 514-3204

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00576 SOM |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL DATE |
| | ) | |
| vs. | ) | |
| | ) | |
| MORDECHAI YOSEF ORIAN, (01) | ) | |
| aka "MOTTY," | ) | |
| PRANEE TUBCHUMPOL, (02) | ) | OLD TRIAL DATE:  02/23/2011 |
| aka "SOM," | ) | |
| SHANE GERMANN, (03) | ) | |
| SAM WONGSESANIT, (04) | ) | NEW TRIAL DATE:  02/07/2012 |
| RATAWAN CHUNHARUTAI, (05) | ) | |
| PODJANEE SINCHAI, (06) | ) | |
| aka "POJANEE LOICHIRN," | ) | |
| aka "PHODCHANEE," | ) | |
| aka "JEW MAEW," | ) | |
| BRUCE SCHWARTZ, (07) | ) | |
| JOSEPH KNOLLER, (08) | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## ORDER CONTINUING TRIAL DATE

IT IS HEREBY ORDERED that the jury trial presently scheduled for February 23, 2011, be continued to February 7, 2012, at 9:00 a.m. before Chief Judge Susan Oki Mollway. The final pretrial conference will be held on November 28, 2011, at 10:00 a.m. before Magistrate Judge Kevin S.C. Chang. Defendants' motions are to be filed on or before August 31, 2011, and the government's response is due September 30, 2011.

IT IS FURTHER ORDERED that the time period beginning and including February 23, 2011, to and including the new trial date, be excluded from the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) as to all defendants on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial. This case as previously been declared complex on October 4, 2010.

The Court bases its finding on grounds that on January 20, 2011, the defendants were arraigned on a Superseding Indictment which added additional charges and two additional defendants, Bruce Schwartz and Joseph Knoller. Additional discovery will be forthcoming. The government has represented that there are numerous witnesses in the United States, Thailand, and Israel. There is approximately 85,000 pages of pretrial

2

discovery.  All of the defendants have agreed to the new trial date.

WHEREFORE, the Court finds that given the nature of the case and the number of defendants, the delay from February 23, 2011, to February 7, 2012, is reasonable.

Accordingly, jury selection and trial are set for February 7, 2012 at 9:00 a.m.;

(1)  the final pretrial conference is set for November 28, 2011, at 10:00 a.m.;

(2)  Defense motions are due on August 31, 2011, and the government's responses are due on September 30, 2011.  The period of time from February 23, 2011, to February 7, 2012, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161h)(7)(A) and (h)(7)(B)(ii).

SO ORDERED.



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

U.S. vs. MORDECHAI YOSEF ORIAN, ET AL.
Cr. No. 10-00576 SOM
"Order Continuing Trial Date"

3