```
 1                     UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF HAWAII
 2
     UNITED STATES OF AMERICA,      )   Case No.  CR10-00576SOM
 3                                  )
                    Plaintiff,      )   Honolulu, Hawaii
 4                                  )
            v.                      )   September 27, 2010
 5                                  )   10:51 a.m.
     MORDECHAI YOSEF ORIAN, aka     )
 6   MOTTY, PRANEE TUBCHUMPOL, aka  )
     SOM, SHANE GERMANN, SAM        )
 7   WONGSESANIT,                   )
                                    )
 8                  Defendants.     )
                                    )
 9

10
         TRANSCRIPT OF STATUS CONFERENCE RE: TRIAL DATE AND DEADLINES
11               BEFORE THE HONORABLE LESLIE E. KOBAYASHI
                     UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19   Transcriber:                Jessica B. Cahill
                                 P.O. Box 1652
20                               Wailuku, Maui, Hawaii 96793
                                 Telephone: (808)244-0776
21

22

23   Proceedings recorded by electronic sound recording, transcript
     produced by transcription service.
24
```

```
 1  APPEARANCES:

 2  FOR PLAINTIFF:              U.S. ATTORNEY'S OFFICE
                                By:   SUSAN CUSHMAN, ESQ.
 3                              300 Ala Moana Boulevard, #6100
                                Honolulu, Hawaii 96813
 4
    FOR DEFENDANT               MICHAEL JAY GREEN, ESQ.
 5  MORDECHAI ORIAN:            841 Bishop Street, Suite 2201
                                Honolulu, Hawaii 96813
 6
    FOR DEFENDANT               CLARENCE VIRTUE, ESQ.
 7  PRANEE TUBCHUMPOL:          1931 E. Vineyard Street, #201
                                Wailuku, Maui, Hawaii 96793
 8
    FOR DEFENDANT               HARLAN KIMURA, ESQ.
 9  SHANE GERMANN:              220 S. King Street, #1660
                                Honolulu, Hawaii 96813
10
    FOR DEFENDANT               FEDERAL PUBLIC DEFENDER'S OFFICE
11  SAM WONGSESANIT:            BY:   ALEXANDER SILVERT, ESQ.
                                300 Ala Moana Boulevard, #7-104
12                              Honolulu, Hawaii 96850

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  SEPTEMBER 27, 2010                                    10:51 A.M.
 2             THE CLERK:  Criminal number 10-00576SOM, United States
 3  of America versus defendant (01) Mordechai Yosef Orian also know
 4  as Motty, defendant (02) Pranee Tubchumpol also known as Som,
 5  defendant (03) Shane Germann, and defendant (04) Sam
 6  Wongsesanit.  This case has been called for a status conference
 7  regarding the trial date and deadlines.  Counsel, please make
 8  your appearances for the record.
 9             MS. CUSHMAN:  Susan Cushman for the United States.
10             MR. GREEN:  Good morning, Your Honor, thank you for
11  letting me appear by phone.  Good morning, Susan.  Your Honor,
12  attorney Michael Green.  I'm local counsel for Mark Werksman.
13             THE COURT:  All right.  Good morning.  Who else?  Mr.
14  Kimura.
15             MR. KIMURA:  Yes, good morning, Your Honor, Harlan
16  Kimura for defendant number three, Shane Germann, who is also
17  present.
18             THE COURT:  And Mr. Virtue, there you are.  All right.
19  And Mr. Silvert.
20             MR. SILVERT:  Good morning, Your Honor, Alexander
21  Silvert for defendant four, Sam Wongesesanit.
22             THE COURT:  All right.  So --
23             MR. SILVERT:  And I would waive his presence for
24  today's hearing.
25             THE COURT:  His presence will be waived for purposes
```

```
 1  of this proceeding.  All of the other defendants are present,
 2  and the record will note their presence.  Ms. Cushman.
 3              MS. CUSHMAN:  Yes.
 4              THE COURT:  Yes, status with regard to the trial date.
 5              MS. CUSHMAN:  I know -- I know that Ms. French has
 6  turned over discovery to I believe Mr. Silvert and Mr. Werksman.
 7              THE COURT:  Okay.
 8              MS. CUSHMAN:  And I think Mr. Virtue has them now.
 9  It's in excess of 3000 pages.  I also know that Ms. French will
10  be filing a motion to declare the case complex unless we could
11  hear that now, and we could do it orally.
12              So that's kind of where we are.  I also know that
13  there is plans for a superseding indictment sometime in
14  November.
15              THE COURT:  All right.  So does anybody have anything
16  to add and, in particular, I wanted to hear from defense counsel
17  on the -- whether they're going to be opposing any motion to
18  have the matter declared complex.
19              MR. GREEN:  Well, Your Honor, this is Michael Green.
20  I -- I have spoken to Mark.  I met with Mordechai the other day
21  at the Federal Detention Center, and it was my guess that the
22  matter would be declared complex, and I -- I have no information
23  as yet as to whether Mr. Werksman would oppose that.
24              THE COURT:  All right.  So we can't take up the matter
25  now then.  I don't they're going to -- we have at least one that
```

1  may oppose the motion, so, you know, we'll just have to -- you
2  guys will have to file it, and we'll take it up in the ordinary
3  course with regard to that.
4              MS. CUSHMAN:  Okay.  That's fine.
5              THE COURT:  Okay.  All right.  So you guys have your
6  dates, and we'll take up, you know, that the Government's going
7  to supersede, and the Government's going to file a motion to
8  have it determined complex.
9              MR. VIRTUE:  I was going to ask, Your Honor, if we
10 could continue the trial.  I did talk about that with my client.
11 This is a pretty big case with a lot of discovery on that.  So
12 if we could address that issue maybe later today or even later
13 in the week I could be here Thursday or Friday, but I'd like the
14 trial date to be, based on my State Court calendar, I'm going to
15 need a date further out than November 3rd, and my client's
16 willing to waive her speedy trial rights on that issue.  So if
17 we could come back and address that I would appreciate that.
18             THE COURT:  Well, I guess what I'm hearing is that the
19 Government's going to file a motion to declare complex, and
20 they're going to probably seek a pretty -- a date quite far down
21 the road.  I mean we could address it today on your oral motion
22 to continue the trial, but quite frankly I think whatever date
23 we decide upon today, it would be probably be continued from
24 that date.
25             MS. CUSHMAN:  Yeah, we'll just wait for the motion.

```
 1              THE COURT:  Yeah, I think if we could take it all up
 2   at the same time that would be great.
 3              MR. VIRTUE:  Thank you.
 4              THE COURT:  Okay.  Thank you very much.  Yes, Mr.
 5   Kimura.  Mr. Silvert.
 6              MR. KIMURA:  Your Honor, in regards to Mr. Shame
 7   Germann, we did receive a copy of the Pretrial Services report
 8   and there were three additional --
 9              THE COURT:  Oh, I'm sorry, yeah.
10              MR. KIMURA:  -- conditions they were recommending --
11              THE COURT:  Okay.
12              MR. KIMURA:  -- to the conditions imposed in the
13   Northern District  -- in the -- in the District of North Dakota,
14   which we have no objections to.
15              THE COURT:  Are you talking about Pretrial Services
16   report filed in this district?
17              MR. KIMURA:  Yes.
18              THE COURT:  I don't have that.  I wasn't given a copy
19   of that.  Okay.  Great.  Okay.  So I see the additional
20   conditions, and I'm sorry, you're -- you're in agreement with
21   those conditions?
22              MR. KIMURA:  Yes, we are, Your Honor.
23              THE COURT:  Okay.  Ms. Cushman, you don't have any --
24              MS. CUSHMAN:  No, that's fine.
25              THE COURT:  All right.  Then, Mr. Germann, please
```

```
 1   stand.  The Court's going to order the following condition.
 2              Maintain or actively seek employment as directed by
 3   Pretrial Services.  All current and future employment must be
 4   approved by Pretrial Services.
 5              Do not apply for nor obtain a passport.  Travel is
 6   restricted to the District of North Dakota and District of
 7   Hawaii for court purposes only.
 8              You're prohibited from possessing or having access to
 9   any firearm, ammunition, destructive device, or other dangerous
10   weapon.  You are to surrender all firearms, ammunition,
11   destructive devices, and other dangerous weapons to an agent
12   approved by Pretrial Services.
13              These are your conditions.  If you violate any of
14   these conditions your pretrial release can be revoked, and you
15   could held at the Federal Detention Center until your trial.  Do
16   you understand this?
17              MR. GERMANN:  Yes, I do.
18              THE COURT:  All right.  In addition, you cannot
19   violate any federal, state, or local laws while you're on
20   pretrial release, and you have to be in court at all times that
21   your presence is required, and surrender for the service of any
22   sentence imposed as directed.  Mr. Barry, does he need to sign
23   additional papers with regard to that?
24              MR. BARRY:  No, Your Honor.
25              THE COURT:  All right.  Okay.  Anything else, for
```

1  anyone else?  Mr. Silvert.

2           MR. SILVERT:  Your Honor, the only thing I would be

3  concerned about is if the Government's going to file a motion to

4  declare the case complex and to continue the trial, I would like

5  there to be some deadline by when they should do that, because

6  they're also talking about superseding.  That kind of raises in

7  my mind that now they're going against a continuance request.

8           So if they have an idea of when they're going to do

9  this.

10          MS. CUSHMAN:  I -- I -- I believe Ms. French is going

11 to be filing the motion either today or tomorrow.

12          THE COURT:  Okay.  So I'll give you a deadline, then

13 by Friday of this week.

14          MS. CUSHMAN:  That's fine, Your Honor.

15          THE COURT:  Okay.

16          MR. GREEN:  Your Honor, this is Michael Green, and it

17 seems to me the superseding indictment may have some affect on

18 the issue of complex.

19          MS. CUSHMAN:  Well, I think there's going to be more

20 discovery associated with the superseding indictment, so it's --

21 there's going to be more documents that are going to be turned

22 over.

23          THE COURT:  Well, all I can do is if the motion comes

24 up before me, is to look at whether or not, based on the charges

25 currently, at the time, whether or not there's a basis to find

1  that it's complex.  And that's -- that's all we can do, and if
2  there's a superseding, so be it.  If not, then not.  All right.
3  Anything else?
4           MR. GREEN:  Thanks again for letting me appear by
5  phone, Your Honor.
6           THE COURT:  All right.  We're hanging up now, Mr.
7  Green.
8           MR. GREEN:  Thank you.
9           (At which time the above-entitled proceedings were
10 concluded 10:57 a.m.)

1
2
3                          CERTIFICATE
4         I, court approved transcriber, certify that the
5   foregoing is a correct transcript from the official electronic
6   sound recording of the proceedings in the above-entitled matter.
7         Dated this 16th day of May, 2011.
8
9                               /s/ Jessica B. Cahill
10                              Jessica B. Cahill
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25