FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS E. PEREZ
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

DANIEL WEISS
Trial Attorney
Human Trafficking Prosecution Unit
Criminal Section
Civil Rights Division
601 D Street, NW
Washington, D.C. 20530
Telephone: (202) 514-3204
Email: Daniel.Weiss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00576-02 SOM |
| Plaintiff, | ) ) ) | UNITED STATES' RESPONSE TO MOTION TO MODIFY CONDITIONS |
| vs. | ) ) | OF RELEASE ORDER; CERTIFICATE OF SERVICE |
| PRANEE TUBCHUMPOL, (02) aka "SOM," | ) ) ) | |
| Defendant. | ) ) | |

UNITED STATES' RESPONSE TO MOTION TO MODIFY
CONDITIONS OF RELEASE ORDER

Comes now, the United States, through its undersigned attorneys, and files this response to Defendant Pranee Tubchumpol's Motion to Modify Conditions of Release Order (Dkt. No. 270) The United States has conferred with Pretrial Services

and respectfully defers to Pretrial Services' recommendation regarding Defendant Pranee Tubchumpol's conditions of release.

DATED:   August 31, 2011, at Honolulu, Hawaii.

Respectfully Submitted,

THOMAS E. PEREZ
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

By _____
DANIEL WEISS
Trial Attorney
Human Trafficking
   Prosecution Unit

CERTIFICATE OF SERVICE

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on all counsel of record through CM/ECF.

Served Electronically through CM/ECF:

    William Harrison, Esq.
    Attorney for PRANEE TUBCHUMPOL

        DATED: August 31, 2011, at Honolulu, Hawaii.

                                              _/s/ Dawn Aihara_