FLORENCE T. NAKAKUNI #2286
UNITED STATES ATTORNEY
District of Hawaii

ROBERT J. MOOSSY, JR.
Principal Deputy Chief
DANIEL H. WEISS
Trial Attorney
Human Trafficking Prosecution Unit
Criminal Section, Civil Rights Division
Washington, D.C. 20530
Telephone: (202) 616-6594
Facsimile: (202) 616-0372
Email: Daniel.Weiss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00576 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' UNOPPOSED |
| vs. | ) | MOTION REGARDING DISCOVERY |
| | ) | ORDER; EXHIBITS A-D; |
| MORDECHAI ORIAN, (01) | ) | PROPOSED ORDER |
| aka "Motty," | ) | |
| PRANEE TUBCHUMPOL, (02) | ) | |
| aka "Som," | ) | |
| RATAWAN CHUNHARATAI, (05) | ) | |
| PODJANEE SINCHAI, (06) | ) | |
| aka "Pojanee Loichurn," | ) | |
| aka "Pojanne," | ) | |
| aka "Jeh Maew," | ) | |
| | ) | |
| JOSEPH KNOLLER, (08) | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' UNOPPOSED MOTION REGARDING DISCOVERY ORDER

Comes now the United States, by and through undersigned counsel, and moves the Court to amend the deadline in the Court's December 20, 2011 discovery order regarding the government's production of the electronic data obtained from a search of hard drives seized from Defendant Orian's business offices pursuant to a search and seizure warrant. The government moves this Court to amend the deadline for the government to produce electronic discovery from February 27, 2012 until March 1, 2012 and for good cause states:

    1. On December 20, 2011, the Magistrate Judge entered a protective order requiring the government to provide electronic copies of the files seized from Defendant Orian's hard drives to Defendants Tubchumpol, Knoller and Orian on a rolling basis, beginning immediately and completing all production by February 27, 2012. (Dkt. 345-1)

    2. On December 23, 2011, the government corresponded with defense counsel for Defendants Tubchumpol, Knoller and Orian. The government advised that in order for the government to comply with this Court's February 27, 2012 deadline, Defendants Tubchumpol and Knoller must provide, on or before January 10, 2012, blank electronic media for the FBI to copy the electronic files. The government advised that it did not require Defendant Orian to provide blank media because the original hard drives had

already been returned to Orian or made available for him to pick up.  See Exhibit A, attached.

    3.  The government received no response to its December 23, 2011 correspondence.

    4.  On January 10, 2012, the government corresponded with defense counsel for Defendants Tubchumpol and Knoller via electronic mail to advise that no blank media had been received and the need for Defendants Tubchumpol and Knoller to provide the blank media timely for the government to meet the February 27 deadline.  See Exhibit B, attached.

    5.  On January 19, 2012, the government corresponded with defense counsel for Defendants Tubchumpol and Knoller regarding the absence of a response to its prior correspondence and the fact that no blank media had been provided.  See Exhibit C, attached.

    6.  On January 26, 2012, undersigned counsel spoke with defense counsel for Defendants Tubchumpol and Knoller regarding the absence of a response to the government's correspondence.  Both defense counsel represented that their clients did not intend to provide blank media, but would not oppose the government's request for additional time to produce the electronic files.  These conversations were confirmed through email correspondence.  See Exhibit D, attached.

7. The government has, pursuant to the Court's December 20, 2011 order, transferred copies of the electronic files to media provided at the government's expense. This discovery will be made available to defense counsel for Defendants Tubchumpol and Knoller on March 1, 2012. The government has also identified the list of potentially privileged files using the search terms provided by Defendant Orian, as required by the protective order. The government will produce this information to all defense counsel on February 27, 2012, as required by the order. See Order, ¶ 3.

8. Defendants Tubchumpol and Knoller are not opposed to the government's request for a brief extension of time.

DATED: February 23, 2012, at Honolulu, Hawaii.

FlORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


By  /S/ Florence T. Nakakuni
for ROBERT J. MOOSSY, JR.
   Principal Deputy Chief
   DANIEL H. WEISS
   Trial Attorney

CERTIFICATE OF SERVICE

  I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served electronically through CM/ECF:

William James Kopeny    wjk@writsnappeals.com
I. Randolph S. Shiner    shinerlaw@gmail.com
Michael Jay Green    michaeljgreen@hawaii.rr.com
Attorneys for Defendant MORDECHAI ORIAN


William A. Harrison    wharrison@hamlaw.net
Attorney for Defendant PRANEE TUBCHUMPOL


Dana S. Ishibashi    ishibashid@aol.com
Attorney for Defendant JOSEPH KNOLLER

Served by U.S. Mail and electronic mail:

Dana M. Cole    coledana@pacbell.net
Law Offices of Cole & Loeterman
1925 Century Park East
Los Angeles, CA   90067
Attorney for Defendant JOSEPH KNOLLER

  DATED:  February 23, 2012, at Honolulu, Hawaii.


        /s/ Dawn Aihara