

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*      *(808) 541-2850*
*300 Ala Moana Blvd., Room 6-100*     *FAX (808) 541-2958*
*Honolulu, Hawaii 96850*

**February 27, 2012**

The Honorable Susan Oki Mollway
Chief United States District Judge
United States Courthouse
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

       Re:    <u>United States v. Orian, et al.</u>, Cr. No. 10-00576-SOM,
               production of hard drives and identification of materials
               <u>that are potentially attorney-client privileged</u>

Dear Judge Mollway:

       On December 20, 2011, Magistrate Judge Puglisi ordered the government to provide electronic copies of the hard drives seized from Defendant Orian's and Global Horizon's offices to Defendants Tubchumpol, Knoller and Orian on a rolling basis, beginning immediately and completing all production by February 27, 2012. That Order also required the government to identify documents in that production that are potentially attorney-client privileged as to defendant Orian. Dkt. 345-1, para. 3.

       On February 23, 2012, the government filed an Unopposed Motion Regarding Discovery Order stating that copies of the hard drives:

> will be made available to defense counsel for Tubchumpol and Knoller on March 1, 2012. The government has also identified the list of potentially privileged files using the search terms provided by Defendant Orian, as required by the protective order. The government will produce this information to all defense counsel on February 27, 2012, as required by the order.

The Honorable Susan Oki Mollway
Chief United States District Judge
February 27, 2012
Page 2

Dkt. 357. The original hard drives were previously produced to defendant Orian, in lieu of copies.

Today, we were advised that the government will produce a list of potentially privileged files for 59 of the 66 readable hard drives. Of the 68 drives seized, two drives have proven to be unreadable. This list of potentially privileged files on the 59 hard drives processed to date will be produced by the FBI today to local defense counsel in Honolulu. The remaining seven drives are still being processed, and the list of potentially privileged files on those hard drives will be produced to defendants within two weeks, absent any unforeseen difficulties in processing the disks. The imaged copies of all 66 readable hard drives will be produced to defendants Tubchumpol and Knoller on March 1, 2012. The government notified defense counsel of this production schedule by e-mail earlier today.

We are sending this letter because we are regrettably unable to meet the Court's Order to identify potentially privileged files by today.

Very truly yours,

*[signature]*

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

cc:   William Kopeny, Counsel for Defendant Orian
      William Harrison, Counsel for Defendant Tubchumpol
      Dana Cole, Counsel for Defendant Knoller