Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
PRANEE TUBCHUMPOL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 10-00576-02 SOM |
| ) | |
| Plaintiff, ) | STIPULATION MODIFYING TERMS |
| ) | OF ORDER SETTING CONDITIONS |
| vs. ) | OF RELEASE |
| ) | |
| PRANEE TUBCHUMPOL, (02) ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION MODIFYING TERMS
### OF ORDER SETTING CONDITIONS OF RELEASE

Comes now the UNITED STATES OF AMERICA and Defendant PRANEE TUBCHUMPOL (hereinafter Defendant "TUBCHUMPOL") above named, by and through their respective counsel undersigned, hereby stipulate and agree that the Order Setting Conditions of Release shall be modified as follows:

A. The following conditions of release are **deleted**:

(7p3) Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), you are restricted to your residence during the curfew hours as determined by Pretrial Services.

(7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: PASSIVE GLOBAL POSITIONING SATELLITE (GPS) MONITORING.

All other pre-trial conditions be and shall remain the same.

DATED: Honolulu, Hawaii, May ____, 2012.

> FLORENCE T. NAKAKUNI
> United States Attorney
> District of Hawaii
>
>
> By_____
>   DANIEL H. WEISS
>   ~~Assistant U.S. Attorney~~  Trial Attorney
>
>
> _____
> WILLIAM A. HARRISON
> Attorney for Defendant
> PRANEE TUBCHUMPOL

2

A. The following conditions of release are **deleted:**

(7p3) Comply with the Location Monitoring program under the direction of Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), you are restricted to your residence during the curfew hours as determined by Pretrial Services.

(7p5) You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: PASSIVE GLOBAL POSITIONING SATELLITE (GPS) MONITORING.

All other pre-trial conditions be and shall remain the same.

DATED: Honolulu, Hawaii, May ____, 2012.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By_____
DANIEL H. WEISS
~~Assistant U.S. Attorney~~ Trial Attorney

_____
WILLIAM A. HARRISON
Attorney for Defendant
PRANEE TUBCHUMPOL

2

_____
ALISON THOM
SR. U.S. PRE-TRIAL SERVICES OFFICER

APPROVED AND SO ORDERED:

_____
THE HONORABLE SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT

---

*UNITED STATES OF AMERICA v. PRANEE TUBCHUMPOL.* ; Cr. No. 10-00576-02 SOM
Stipulation Modifying Terms of Order Setting Conditions of Release

3