IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00576 SOM-02 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| PRANEE TUBCHUMPOL aka Som, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 23 2012
at _____ o'clock and _____ min. ____ M.
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 27 2010
at _____ o'clock and _____ min. ____ M.
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number A600512 issued at Passport Division Bankok, on June 13, 2005 to the above-named defendant, was surrendered to the custody of the Clerk of Court on October 27, 2010 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Year / Place of Birth:    1966 / LOP BURI

Dated at Honolulu, Hawaii on October 27, 2010.

SUE BEITIA, Clerk

By: /s/ ET
Deputy Clerk

This will acknowledge receipt of Passport Number A600512 previously surrendered to the Court pursuant to a prior Order of Court.

Date: 7/23/12                Signature: _____
                                        Owner of Passport